

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY EMAIL**
The Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **Unsealing of Complaint 24 Mag. 3029**

Dear Judge Krause:

    The Government respectfully requests that Complaint 24 Mag. 3029 be unsealed, as the defendant has been arrested.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                       By:    /s/
                                      Benjamin Levander
                                      Ryan W. Allison
                                      Assistant United States Attorneys

**SO ORDERED:**

*/s/ Andrew Krause*

**HON. ANDREW KRAUSE**
**UNITED STATES MAGISTRATE JUDGE**

8/19/24