COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 24 Cr 639
DATE: 11-14-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL ~~PAWEL~~ BIELECKI,<br>    a/k/a "Paul HRH Saxe-Coburg-Gotha,"<br><br>                Defendant. | **WAIVER OF INDICTMENT**<br><br>24 Cr. 639 |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1343, being advised of the nature of the charge and of his ~~her~~ rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Pawel Bielecki
Defendant

_____
Witness

_____
Jane White
Attorney for Defendant

Dated:  White Plains, New York
         November 14, 2024